**ATTACHMENT 1**

FILED/REC'D
2025 NOV 13 P 4:07
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**COMPLAINT FORM**
(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Charles and Paula Severson
Leroy      Marie
1152 County Hwy H
Mt. Horeb, WI  53572

vs

(Full name of defendant(s))

University of Wisconsin, Madison, WI
University Health Services
UWPD

Case Number: 25 CV 942 WMC

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__ and resides at
    (State)
    1152 County Hwy H   Mt. Horeb, WI  53572
    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __University of WI, UHS, UWPD__
(Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __333 Campus Mall, University Ave Madison, WI__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __University of WI, University Health Services, UW Police Dept.__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

(UW Wise)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1) Jake Basgot -
Andrew O'Donnell
Lindsay Barber
Amy John
Lynn Hacker
Jaime Palmer
Paul Drabasch
Worst → Hadassah E McCloskey - Hired to

All upper management, except the last three. All these people received new positions, better pay, vac, money awards.

'SELL Your Soul at UHS'

1) Management enlisted a few staff to "pad peoples HR Files, Create a problem" & terminate them, I am one of many that was forced out, we stood up for the students, one of the providers Owen Duran, told me shortly before he quit.
2) Jake Run all of this nightmare outofsite. Andrew O'Donnell, Head of the Harassment Team. He told people what he wanted done, he also took the Medical Directors position as a RN. (that's illegal) He starting wage was $70ish, then $343.00. Lindsay Barber was a receptionist, sold soul, Now Director of Operations at UHS, Does what Andrew wants. Amy John HR - Constantly harassing me about my FMLA, I used Vac/sick time for treatments, she and Andrew were constantly asking RN staff to find a way to terminate due to cancer. I was suppose to continue with treatment until end of April 2026, I quit treatment to make them stop! Lynn Hacker, No one could find out what her job was, she mostly watched people on "Google Nest" which is illegal, & they also put it in the operatories where students change clothes. Jaime was a PN not as bad as the rest, but would ask me all these questions about people w/ the conference setting on to record. She admitted it (laughing) she wanted a better job/pay. (I said to Jaime, "Are you helping Andrew harass Me) Yes. Paul - Paul would do anything, lie about anything, andrew used this guy to do so many awful things & included students, putting them in harms way - Hadassah (Hadesan) over

Attachment One (Complaint) – 2

Hadassah was hired to do just that — harass people until they quit or create a problem to terminate, I think 22 people total, others are suing as well.

★ I found out this person actually works for UWPD, and was "hired" as a staff member, not telling people who they really were.

They found out that my phone accounts were on the "dark web", we are part of the AT&T data breach, per Supervisor Boss, he said that our case is the second worst case of hacking/harass he has seen in 18 years.

Sexual Harassment — Nude photos sent from my security camera to providers, they wanted me fired — (which were later stolen by UWPD, Dane County Sheriff's Office took the call, (Still No Report, I called to file it in May 2025) after that they insisted that no crime was committed — okay — Id theft, Invasion of Privacy, Purchases w/ credit card of mine, Stalking, all apps (that are left on phones, Hadassah uses most, takes them) have location set on them. I found some of her accounts on my phone, called apple 100's of times, They said what she has done is Domestic Terrorism, they also confirmed with Microsoft that this was the

✱Lynn Andrew, Paul and Lindsay also tapped into phones per Apple!

person causing all the harm. Examples, our phones were deleted completely 5 times losing Mortgages, truck titles, tax info, 600+ phone numbers 7½ years worth of photos (people we love gone) ruining so far 7 iphones.

✱ We just lost another law firm, She runs our phones, deletes what she wants, emails, texts, calls, files, photos (I was told to take screen shots, she goes through them daily to delete, important + calls go directly to VM, She deletes we don't know they called, please think of this, "trying to sue someone that listens in to all calls records them, blocks all calls we need, deletes doctor appointments, constantly takes over internet & Carrier off our cell phones, we pay every time they have to put it back on. Drops calls after waiting an hour to speak w/ help (Apple, ATT) or reroutes, filling out crap loans, in our names, (police misconduct ✱ Using wire taps to continually staying ahead of our case trying to block us from suing them, stalking, all phones Apps are "Locked" w/ location on them. I bought two burner phones changed our phone carrier 4x in 2 years, she is in before we leave the store, there is something on our vehicle too per mechanic, if we leave phones home, they still know when to go to the library to try and work on this, No Federal, State or law firm, they wont go through, not at library either. I was really sick 1½ weeks ago, I couldn't breathe, I ran downstairs where my husband was & collapsed I called 911 - it failed, like most calls. This nightmare has cost us thousands and thousands, not to mention health, Too much to list on these people

* After DCSO got the call before mine about the nude photos every thing changed. Police reports all went to the same person, who would say "No crimes" and say I think you need therapy instead. Officer Bridges also said that the person at UWPD, thought maybe I had "mental issues". Oh boy, I have family in Law enforcement, he just retired, as a Captain, he said "They are trying to intimidate you"!

This nightmare is ruining our marriage, family, loss of friends, + every wants to know why our phone are like "this", police misconduct #7@8hour to stay ahead of a lawsuit. This has cost us thousands, and thousands! We will never get back the time lost to this nightmare!

They also enlisted the UWPD, they apparently couldn't find anything on me, so they fabricated, that I stole something from the S.W.A.P. pile (write off item, expired) UWPD followed me around Campus for over a year, per Carlotta S., RN at UHS, but only work there 3 months a year for C.A.M.P.S. She said Andrew, Linsay & Lynn kept wanting meetings to talk about ways to terminate me, Use Cancer, too slow, memory not the best.

While I helped in C.A.M.P.S I would go all over campus helping were needed, I loved it, loved those kids While I was away from UHS, they went through my bags, wallet, computer and would also follow me - Intimidate I not sure -

They used so many students to "set me up for a problem", One was a homeless guy "Whitey", I would buy him lunch, they tried to set me up yet again, because of his race, there is to much, too many stories.

✗ Where all this happened University of W) Campus. Madison, WI

✗ When: The harassment and all the nonsense started about 1½ weeks after I started working at 333 Campus Mall, UW University Health Services.

✗ Why: I don't honestly know. I didn't think that another human being could treat another like this......

The FBI stated that, they are tired of dealing with UW, sue them, its the only way to make them stop, financial & jail time —

C. JURISDICTION  EEOC are still investigating due to gov't closure, Monica Lozer said "No matter what my decision is, Sue them in Federal Court".

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I discussed this situation with a long time friend, whom is very familiar with the ~~University~~ of Wisconsin System - He agreed that the amount should "get their attention", let them know

See attached

Attachment One (Complaint) – 4

E.  **JURY DEMAND**

☐ Jury Demand - I want a jury to hear my case
    OR
☐ Court Trial - I want a judge to hear my case

Dated this ___13___ day of __November__ 20_25_.

Respectfully Submitted,

_____
Signature of Plaintiff

__608-301-6340__
Plaintiff's Telephone Number

__Paulaseverson1@icloud.com__
Plaintiff's Email Address

__1152 County Hwy H__

__Mt. Horeb, WI 53572__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

I just lost of over third law firm due to the hacking, they to covidn't email, text or call us, it all failed. The sent a message on mail, that it is to difficult to communicate, and our Digital Forensic business (siftusk.com)

Attachment One (Complaint) – 5

Took our private property, Documents for this Case in a leather briefcase, along with screen shots and

✗

data from ATT & Apple to prove with IP Addresses who hack our accounts, plus the people that have hacked initially ie ippaddress for stolen nude photos (UWPD) per DLSO.

I general proving that someone (Hadassah McCloscy) is in our accounts 24/7!

He "Strongly" did do work, would not communicate, took $3000.00 of ours, will not return anything -
(He threatened to sue us)!