IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAULA MARIE SEVERSON and
CHARLES LEROY SEVERSON,

    Plaintiffs,

v.

UNIVERSITY OF WISCONSIN *et al.*,

    Defendants.

ORDER

Case No. 25-cv-942-wmc

---

Plaintiffs Paula Marie Severson and Charles Leroy Severson have filed a civil complaint against the University of Wisconsin, University Health Services, the University of Wisconsin Police Department, and several individual defendants. Plaintiffs seek to commence this lawsuit without prepaying the filing fee. *See* dkt. 8. Plaintiffs' motion is DENIED, as noted below.

ORDER

Plaintiff Paula Severson is not working due to an injury, and receives, or has received, only a few hundred dollars from her former employer, USPS. Plaintiff Charles Severson reports after-tax income of $1,230 every other week. In determining whether a person is indigent, the court considers *total* household income, not after-tax income, but income is not the only factor. The court also considers expenses, dependents, and whether plaintiffs have additional assets or resources, such as savings, real estate, or retirement accounts. The Seversons have a substantial amount in savings — an amount that vastly exceeds what the court sees from other plaintiffs claiming indigence. The court cannot find that these plaintiffs are indigent, or that they lack the means to pay the fee to commence this action. Accordingly, plaintiffs' motion for leave to proceed without prepaying the filing fee must be denied.

IT IS ORDERED:

1. Plaintiffs' motion for leave to proceed without prepaying the $405 civil filing fee is DENIED. Paula Marie Severson and Charles Leroy Severson may have until December 23, 2025, to pay the filing fee to commence this action.

2. If plaintiffs fail to pay the fee by December 23, 2025, or fail to explain why they cannot pay the fee as ordered, then I will assume that plaintiffs wish to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice. If plaintiffs submit the filing fee within 30 days of dismissal, their case will be reopened. The court will not reopen the case after 30 days unless plaintiffs show that they are entitled to relief under Federal Rule of Civil Procedure 60(b).

Entered this 25th day of November, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
U.S. Magistrate Judge